UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM H. HENSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:17CV58 HEA |
| TAMARA ANDERSON, et al., | ) ) ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

On February 14, 2018, counsel for Corizon, LLC advised the Court that it could not waive service for Dr. Unknown Brennon because Dr. Brennon's "location is unknown and he is not an employee of Corizon, LLC." It is unclear to the Court whether Dr. Brennon was ever an employee of Corizon, LLC. If Dr. Brennon is a former employee of Corizon, LLC, counsel shall submit, under seal and *ex parte*, the last known address for Dr. Brennon.

Accordingly,

**IT IS HEREBY ORDERED** that if Dr. Brennon is a former employee of Corizon, LLC, counsel shall file, under seal and *ex parte*, the last known home address for defendant Dr. Brennon within twenty-one (21) days of the date of this Memorandum and Order. If, however, Dr. Brennon has never been an employee of Corizon, LLC, counsel shall file a Memorandum to the Court stating such.

Dated this 3rd day of April, 2018

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE