UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM H. HENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:17CV58 HEA |
| | ) | |
| DR. UNKNOWN BRENNON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon defense counsel's motion for leave to file a document under seal. For the reasons stated in the motion, the motion will be granted. The Court will order the Clerk of Court to place under seal Document No. 35. In the future, counsel shall refer to Section VI.B. of the Court's Administrative Procedures for Case Management/Electronic Case Filing (CM/ECF) for instructions on filing documents ex parte and under seal.

Accordingly,

**IT IS HEREBY ORDERED** defendant's motion for leave to file document under seal is **GRANTED**. [ECF No. 34]

**IT IS FURTHER ORDERED** that the Clerk of Court shall place under seal Document No. 35 in the Court's record. [ECF No. 35]

Dated this 25th day of April, 2018

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE