UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM H. HENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:17CV58 HEA |
| | ) | |
| DR. UNKNOWN BRENNON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court upon defense counsel's filing of Dr. Bonnie Brennan's last known address. As plaintiff is proceeding in forma pauperis, the Court will order the Clerk of Court to effectuate service of process through the United States Marshal's Office. A copy of the summons and return of summons shall be filed under seal and will not be served on plaintiff, as these documents will contain Dr. Brennan's last known home address.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue upon the complaint as to defendant Dr. Bonnie Brennan in her individual capacity. Service shall be effectuated at the address provided by counsel J. Thaddeus Eckenrode in his Response to the Court Order dated April 3, 2018. [ECF No. 35]

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis in this action, service shall be effectuated by the United States Marshal's Office through summons, pursuant to Fed.R.Civ.P. 4. *See* 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and will not be served upon plaintiff, as these documents will contain defendant Brennan's last known home address.

Dated this 25th day of April, 2018

*(signature)*
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE